MASON H. CRITTENDEN and others *vs.* DANA WHITE and others.

May 17, 1876.

State Cannot Regulate Sale of Patent-rights.—If a patentee complies with the laws of congress on the subject, he has a right to sell his property anywhere in the United States, and a state law attempting to regulate the sale of patent rights, granted pursuant to act of congress, is void.

Action on a promissory note, by endorsees, against the makers. Defence, that the note was given for part of the purchase-money upon a sale of a patent-right, and that the vendor (payee) had failed to comply with any of the provisions of Laws 1871, *c.* 26. At the trial in the court of common pleas of Ramsey county, before *Brill*, J., evidence was received, under objection and exception, in support of

this defence. The jury found for the defendants, a new trial was refused, and the plaintiffs appealed.

*W. K. Gaston* and *Geo. L. Otis*, for appellants.

*Smith & Egan*, for respondents.

GILFILLAN, C. J. The only question in this case which it is necessary to consider is the validity of the " Act to regulate the sale of patent-rights, and prevent frauds in connection therewith," passed March 6, 1871. Laws 1871, c. 26. This act requires of the owners of patent-rights the performance of certain acts before they can sell such rights within the state, and makes it a misdemeanor to sell such rights without having performed such acts. A similar law of the state of Indiana came before the United States circuit court, in the case *Ex parte Robinson*, 2 Bissell, 309, and was held invalid for reasons so sound and conclusive that we need do nothing more than copy them from the report of the case: "It is clear that this kind of legislation is unauthorized. To congress is given, by the constitution, the power to promote the progress of science and the useful arts, by securing for limited times, to authors and inventors, the exclusive right to their respective writings and discoveries. This power has been exercised by congress, which has directed the manner in which patents shall be obtained, and, when obtained, how they shall be assigned and sold. The property in inventions exists by virtue of the laws of congress, and no state has a right to interfere with its enjoyment, or to annex conditions to the grant. If the patentee complies with the law of congress on the subject, he has a right to go into the open market, anywhere within the United States, and sell his property. If this were not so, it is easy to see that a state could impose terms which would result in a prohibition of the sale of this species of property within its borders, and in this way nullify the laws of congress which regulate its transfer, and destroy the power conferred upon congress by the constitution."

The act referred to is invalid, and non-compliance with its terms furnished no defence to the note in question.

Order reversed.